AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RANDALL GEORGE ANGEL,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00655-ECR-RAM**

GREGORY SMITH, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is **DENIED.**
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**


  December 14, 2009               **LANCE S. WILSON**
                                                                 Clerk

                                                                  /s/ D. R. Morgan
                                                                    Deputy Clerk